151 A.3d 974

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM MARTIN, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005763-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 974

CHRIS ANN JAYE, PLAINTIFF-PETITIONER, v. JUDGE
YOLANDA CICCONE, DEFENDANT-RESPONDENT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003817-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.